# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0095. PAUL K. MURRAY v. THE STATE.**

Paul K. Murray pled guilty to three counts of child molestation in 2006. Beginning in 2010, he filed numerous appeals all of which have been dismissed. See Case Nos. A11A0456 (Nov. 18, 2010), A14A0568 (Feb. 17, 2014), A15D0029 (Sept. 22, 2014), A17A0394 (Oct. 13, 2016), A17D0492 (June 21, 2017). On August 30, 2019, the trial court denied Murray's motion for an out-of-time appeal, and Murray now seeks discretionary review of that order.

The denial of a motion for an out-of-time appeal is directly appealable when the criminal conviction at issue has not been the subject of a direct appeal. *English v. State*, 307 Ga. App. 544, 545 n.4 (705 SE2d 667) (2010); see also *Wetherington v. State*, 296 Ga. 451 (769 SE2d 53) (2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea). It appears that Murray's convictions have not been the subject of a direct appeal. Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). Murray shall have ten days from the date of this order to file his notice of

appeal in the trial court. OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*__10/10/2019_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*